# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:13-CR-00285-01-DGK |
| JAMES E. SHEPARD, ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On September 12, 2024, the Honorable Magistrate Judge Lajuana M. Counts held a competency hearing. ECF Nos. 148, 150. Now before the Court is Judge Counts' report and recommendation that Defendant James E. Shepard is competent to proceed in this case. ECF No. 149. After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him and assisting in his defense.

IT IS SO ORDERED.

Date: October 3, 2024

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT